UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| ALENA DENTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | )  Case No. 08-2134 |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| sued as Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

In January 2008, Administrative Law Judge John Wood (hereinafter "ALJ") denied Plaintiff Alena Denton's application for disability insurance benefits (hereinafter "DIB") for a closed period from April 2004 to March 2006. The ALJ based his decision on findings that, although Plaintiff suffers from severe impairments and does not retain the capability to perform her past relevant work, she was capable of performing other jobs that existed in significant numbers during the requested closed period.

In June 2008, Plaintiff filed a Complaint (#1) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny DIB. In November 2008, Plaintiff filed a Motion for Summary Judgment (#8). In March 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#12).

After reviewing the administrative record and the parties' memoranda, this Court recommended, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Plaintiff's Motion for Summary Judgment or Remand (#8) be denied. Consistent with the Court's reasoning in the Report and Recommendation denying motion (#8), the Court now recommends, pursuant to its

authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#12)** be **GRANTED**.

ENTER this 29th day of June, 2009.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE
