UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALENA L. DENTON, | ) | |
| | ) | |
| Plaintiff, | ) | 08-2134 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The plaintiff, Alena L. Denton ("Denton") suffered from hypothyroidism, some degree of depression, and fibromyalgia. She applied for social security disability benefits for a closed period from April 2004 to March 2006. The Administrative Law Judge ("ALJ") denied benefits to Denton, based on his findings that, although she suffered from severe impairments and did not retain the capability to perform her past relevant work, she was capable of performing other jobs that existed in significant numbers during the relevant time period.

Denton filed a complaint against defendant Michael Astrue, Commissioner of Social Security, seeking judicial review of the ALJ's decision. Denton filed a motion for summary judgment, and the defendant filed a motion for an order which affirms the Commissioner's decision. Magistrate Judge David G. Bernthal issued two reports and recommendations, recommending that Denton's motion for summary judgment be denied, and that the defendant's motion for an order affirming the Commissioner's decision be granted.

Thereafter, the plaintiff filed a timely objection to the reports and recommendations, and the defendant filed a response. The matter is now fully briefed.

The court has carefully reviewed Judge Bernthal's recommendations and Denton's detailed argument of perceived errors by both the ALJ and Judge Bernthal. The court need not address each of Denton's objections because Judge Bernthal has thoroughly addressed the important points in his well-reasoned report and recommendation. The ALJ's decision was "supported by substantial evidence," and he provided "an accurate and logical bridge" from the evidence to his decision. *See Simila v. Astrue*, ____ F.3d ____, 2009 WL 2169207, at *7 (7th Cir. July 22, 2009).

Therefore, the court accepts Judge Bernthal's report and recommendation [14]. The plaintiff's motion for summary judgment [8] is denied. The court also accepts Judge Bernthal's

report and recommendation [15] and grants the defendant's motion for an order affirming the Commissioner's decision [12].  It is so ordered.

This case is terminated.

Entered this 14th day of August, 2009.

                        **s/Harold A. Baker**
                       —————————————————
                        HAROLD A. BAKER
                        UNITED STATES DISTRICT JUDGE